UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

THERESA T. YEMOH                    :                    Civil Action No.   08-5982   (WHW )
      Plaintiff(s)                    :
                          :

UNITED STATES OF AMERICA,    :
ET AL                    :
        Defendant(s)                    :


## ORDER APPOINTING ARBITRATOR
## AND SETTING DATE FOR ARBITRATION HEARING

      **AND NOW,** this   10th  day of  June , 2010 it is hereby

      **ORDERED pursuant to Local Civil Rule 201.1(e) and Appendix M therein,**
that the above civil action is herewith referred to arbitration and assigned to the following
Arbitrator:

    DANIEL P. MCNERNEY, ESQUIRE
    McNerney & McAuliffe
    20 Court Street
    Hackensack, New Jersey 07601  -                    (201)   525-1980
has been selected at random by the arbitration clerk from among those certified as arbitrators, and
shall hear this case at:                    **20 COURT STREET**
   3:00   P.M.                    On  **JULY 1, 2010**    -    **HACKENSACK, NEW JERSEY**
      The Arbitrator is authorized to change the time and date for the arbitration hearing
provided the hearing is commenced within 30 days of the hearing date set forth in this order.
Continuances beyond this 30 day period must be approved by the Court and Clerk of the Court
should be notified of any change; and it is

      **FURTHER ORDERED,** counsel for plaintiff shall, within 14 days upon receipt of this
order, **SEND** to the Arbitrator copies of any complaint, amended complaint and answers to
counterclaim; counsel for each defendant shall, within **14** days upon receipt of this order, **SEND**
to the Arbitrator any answer, amended answer, counterclaim, cross-claim and answer hereto, any
third-party complaint and answer; and it is

      **FURTHER ORDERED,** that all documentary evidence shall be marked in advance
and exchanged, except for impeaching documents, pursuant to Local Civil Rule 201.1(f)(5); and it
is
      **FURTHER ORDERED,** that the above Arbitrator shall file with the Clerk of the Court
within 30 days after the hearing has been concluded, the Arbitration Award which shall include a
written statement and summary setting forth the basis of the Award, which shall pertain to all
parties to the arbitration.

                               **s/ Garrett E. Brown, Jr., Chief Judge**
                               **UNITED STATES DISTRICT COURT**